**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 12-cv-01843-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** November 14, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| KLEIN FRANK, P.C., | Beth Ann Morrison Klein |
| | W. Randolph Barnhart |
| Plaintiff, | |
| v. | |
| JAMES E. GIRARDS, and | Thomas J. Overton |
| JAMES E. GIRARDS, P.C. d/b/a THE GIRARDS LAW FIRM, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 3:34 p.m.**
Court calls case.  Appearances of counsel. Both parties appear via telephone.

Motion Hearing is called regarding Plaintiff's Motion for Protective Order [Doc. No. 36, filed October 22, 2012].

Oral argument from Plaintiff.
Oral argument from Defendants.

It is **ORDERED**:   Plaintiff's Motion for Protective Order [36] is **GRANTED IN PART** as stated on the record. The Court will make the appropriate changes to the Protective Order as discussed on the record and enter the Protective Order separately.

It is **ORDERED**:   Documents to be produced by Defendants on November 15, 2012 will be produced with the understanding the Court will enter a Protective Order in this matter and that the documents are subject to the Protective Order.

**Court in Recess: 4:22 p.m.**
Hearing concluded.
Total In-Court Time    00:48

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.